Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Board of Trustees of the Sheet Metal Workers' National Pension Fund, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case Number: 18-1166 |
| Gibson Heating & Air Conditioning, Inc., et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Default Judgment is entered for Plaintiff and against Defendants, Gibson Heating & Air Conditioning, Inc., Cynthia Gibson and James Gibson, in the amount of $44,187.04 plus $3,785.44 in interest through 8/8/2018, $4,226.08 in attorneys' fees and $426.80 in costs, plus post-judgment interest, attorneys' fees, and costs incurred in connection with this case until the judgment has been fully satisfied. **IT IS FURTHER ORDERED AND ADJUDGED** that Default Judgment is entered for Plaintiff and against Defendant, Gibson Heating & Air Conditioning, Inc., in the amount of $13,495.16, plus $919.86 in interest through 8/8/2018, $2,698.99 in liquidated damages, $1,056.52 in attorneys' fees, and $106.70 in costs, plus post-judgment interest, attorneys' fees, and costs incurred in connection with this case until the judgment has been fully satisfied.

**Dated:**   9/4/2018

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court